■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE MCFARLANE, Appellant. [665 NYS2d 530] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered April 8, 1996, convicting him of murder in the second degree (two counts) and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's argument that he was denied the effective assistance of counsel because, among other things, defense counsel failed to object to testimony adduced at trial and failed to request certain jury charges. The defendant's trial counsel provided him with meaningful representation (*see, People v Baldi,* 54 NY2d 137; *People v Jefferson,* 156 AD2d 716).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Copertino, J. P., Sullivan, Friedmann and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT OLIVER, Also Known as ROBERTO MOLINA, Appellant. [665 NYS2d 317] —Appeal by the defendant from a judgment of the County Court, Nassau County (Belfi, J.), rendered November 14, 1995, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Pizzuto, Altman and Krausman, JJ., concur.